1  ROB BONTA
   Attorney General of California
2  CATHERINE WOODBRIDGE
   Supervising Deputy Attorney General
3  LEEANN E. WHITMORE
   Deputy Attorney General
4  State Bar No. 214870
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7515
    Fax: (916) 322-8288
7   E-mail:  LeeAnn.Whitmore@doj.ca.gov
   *Attorneys for Defendants State of California,*
8  *by and through California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNE BRAFFORD; H.D.B.; and F.J.B.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA (by and through CALIFORNIA HIGHWAY PATROL); and DOES 1-10, inclusive,**<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (a); (FEDERAL QUESTION)**<br><br>[Removed from the Superior Court of California, County of Placer, Case No. S-CV-0053563]<br><br>Action Filed: September 13, 2024 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant State of California by and through the California Highway Patrol hereby removes to this Court the state court action described below. Defendant reserves any and all rights, objections, defenses and exceptions.

/ / /

/ / /

1

1. On September 13, 2024, an action was commenced in the Superior Court of the State of California in an for the County of Placer entitled *Brianne Brafford; H.D.B.; and F.J.B., Plaintiffs v. State if California (by and through California Highway Patrol); DOES 1-10, inclusive, Defendants* as case number S-CV-0053563. A true and correct copy of the complaint is attached hereto as Exhibit "A".

2. The first date upon which Defendant State of California by and through the California Highway Patrol (Defendant) received a copy of said complaint was November 6, 2024, when the Summons and Complaint were served on the Attorney General's Office. A true and correct copy of the summons is attached as Exhibit "B".

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to the Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) as the First Claim for Relief is based on 42 U.S.C, §1983 for alleged violation of the Fourth Amendment and the Second Claim for Relief is based on violation of 42 U.S.C. § 1983 for alleged violation of the Fourteenth Amendment, denial of Familial Relationship.

4. The complaint also alleges Battery, Negligence and Violation of Civil Code section 52.1 under California Law. This court has supplemental jurisdiction over plaintiffs' causes of action which are brought under California state law, because they are "so related to claims in the action" over which the court has original jurisdiction "that they form part of the same case or controversy." 28 U.S.C. § 1367(a).

5. There are no other named defendants at this time. No other defendants have been served with the Summons and Complaint or identified. Unserved or defectively served defendants are not required to join in or consent to the removal of the action under 28 U.S.C. § 1446(b)(2)(A). *See Destfino v. Reiswig*, 630 F.3d 952, 957 (9th Cir. 2011).

6. State of California, by and through the California Highway Patrol is requesting removal to the United States District Court for the Eastern District of California because it is the district embracing the Superior Court of California, County of Placer, in which the removed action is pending. 28 U.S.C. § 1441(a).

7. This notice of removal is timely 28 U.S.C. § 1446(b)(1) as service of the summons and complaint on Defendant was effectuated on November 6, 2024, pursuant to California Code of Civil Procedure section 415.10 and California Government Code section 955.4 by personal delivery on the California Attorney General.

8. In accordance with 28 U.S.C. § 1446(a), copies of "all process, pleadings, and orders served upon Defendant" attached hereto as Exhibits A-B.

9. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal to all adverse parties and will promptly file a copy of this Notice of Removal with the clerk of the Superior Court of California, Placer , and serve it on counsel for plaintiff.

15. In filing this Notice of Removal, Defendants do not waive, but expressly reserve, any and all objections and defenses under Rules 12(b) and 12(f) of the Federal Rules of Civil Procedure or any other rules which are or will be applicable to this Action, including, but no limited to, challenges to proper venue.

Dated:  December 6, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

*/s/ LeeAnn E. Whitmore*

LEEANN E. WHITMORE
Deputy Attorney General
*Attorneys for Defendants State of California, by and through California Highway Patrol*

SA2024305317
NOTICE OF REMOVAL FEDERAL $405 FEE.docx

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Brianne Brafford, et al. v. State of California, et al.**
No.: **S-CV-0053563, Placer County Superior Court**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **December 6, 2024,** I served the attached **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(a); (FEDERAL QUESTION)** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Dale K. Galipo, Esq.
Law Offices of Dale K. Galipo
Marcel F. Sincich, Esq.
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367-6479
dalekgalipo@yahoo.com
msincich@galipolaw.com
slaurel@galipolaw.com

*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **December 6, 2024,** at Sacramento, California.

| Lois Buzbee-Osby | /s/ Lois Buzbee-Osby |
|---|---|
| Declarant | Signature |

SA2024305317
38606544.docx