# Exhibit B

# DEPARTMENT OF JUSTICE
## Civil Service of Process Cover Sheet
SAC   SF   OAK  (LA)   SD   FR

Date Received

RECEIVED
2024 NOV -6  PM 12:58
ATTORNEY GENERAL
LOS ANGELES

**Service of Process Disclaimer:**

To All Persons Attempting Service Of Process Upon The Office Of The Attorney General:

Please be advised that staff assigned to receive documents delivered to the Attorney General's office are not authorized to accept such documents as properly served. Further, staff are not authorized to receive documents on behalf of any individual. In receiving documents delivered by process servers and other members of the public, office personnel do not thereby waive any right of the State of California, the Attorney General's office, any other entity of the State of California, or any individual to object to the validity of the service.

Please complete this form when delivering documents to the Attorney General's Office:

| Case Name: | Bradford vs State of California | | |
|---|---|---|---|
| County: Los Angeles | | Court No.: 20STCV... 3CV | |
| Document(s) served: | ☒ Summons and Complaint/Cross Complaint<br>☐ Notice to Attorney General's Office pursuant to Section _____<br>☐ Petition For Relief From Late Claim Filing (Gov. Code Section 946.6)<br>☐ Pitchess Motion<br>☐ Small Claims<br>☐ Deposition Subpoena for Production of Business Records | ☐ Notice of Consumer or Employee and Objection and check for $15.00<br>☐ Writ of Mandate and Complaint for Declaratory Relief<br>☐ Other (please list): _____ | |
| Process Server's Name: | Jim Sands   LA914 | | |
| Name of Company: (include business name, address, and telephone number) | Secretary Atty Service<br>2813 Bloomstone Pl<br>Sylmar CA  91342   818-365-4182 | | |
| Security Signature: | Rose B. | | |
| **FOR SERVICE DEPUTY'S USE ONLY** | | | |
| Forwarded to: | | Date Forwarded: | 11/6/2024 |
| Name of Service Deputy, section, and telephone number: | | | |
| NOTES: | | | |

The attached document(s) appear(s) to be the responsibility of your section; if they are **not**, please return them to the service deputy named above, noting the section to which they are to be directed.

(Rev. 4/202)

| | SUM-100 |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)* | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>STATE OF CALIFORNIA (by and through California Highway Patrol); DOES 1-10, inclusive. | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Placer<br>09/13/2024 at 04:11:35 PM<br>By: Cindy F Baldock<br>Deputy Clerk |
| **YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>BRIANNE BRAFFORD; H.D.B.; and F.J.B. | |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Main Courthouse<br>10820 Justice Center Drive, Roseville, CA 95678 | CASE NUMBER:<br>*(Número del Caso)*<br>S-CV-0053563 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Dale K. Galipo, 21800 Burbank Blvd., Ste. 310, Woodland Hills, CA 91367, Tel: 818.347.3333

| DATE:<br>*(Fecha)* Friday, September 13, 2024 | Clerk, by<br>*(Secretario)* Cindy F Baldock | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* STATE OF CALIFORNIA (by and through California Highway Patrol)
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* CCP416.50 Public Entity
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov